■ In the Matter of GROVE ROOFING SERVICES, INC., Respondent, v NEW YORK STATE DIVISION OF HUMAN RIGHTS, on the Complaint of LAROSA CARSON, Respondent-Petitioner, and LAROSA CARSON et al., Respondents. [932 NYS2d 397]—

It is hereby ordered that the determination is unanimously confirmed without costs, the petition is dismissed, the cross petition is granted, and petitioner-respondent is directed to pay respondent LaRosa Carson the sum of $50,000, together with interest at the rate of 9% per annum, commencing July 23, 2010. Present—Smith, J.P., Carni, Lindley, Sconiers and Martoche, JJ.